1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

LORENZO FOSSELMAN,

Petitioner,

14

v.

15

RICHARD J. KIRKLAND, Warden,

16

Respondent.

17

CIV-F-05-0119 AWI SMS HC

**ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME**

On June 30, 2005, respondent filed a second application/request for an extension of time

18

19

to file a response to the Petition for Writ of Habeas Corpus.

20

GOOD CAUSE APPEARING, Respondent's application/request  for a 30-day extension of

21

time in which to file a response in this matter is hereby GRANTED.  Respondent's response is due

22

on or before July 30, 2005.

23

IT IS SO ORDERED.

24

**Dated:    July 14, 2005**                          /s/ **Sandra M. Snyder**
23ehd0                                    UNITED STATES MAGISTRATE JUDGE

25

26

27

28