BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARY JO GRAVES
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
ALISON ELLE ALEMAN
Deputy Attorney General
State Bar No. 117566
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5164
  Fax: (916) 324-2960
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENZO FOSSELMAN,**<br><br>                        Petitioner,<br><br>   v.<br><br>**RICHARD J. KIRKLAND, Warden,**<br><br>                        Respondent. | 1:05 CV 0119 AWI SMS HC |

**REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE
AND DECLARATION OF ALISON ELLE ALEMÁN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENZO FOSSELMAN,**<br><br>                              Petitioner,<br><br>    v.<br><br>**RICHARD J. KIRKLAND, Warden,**<br><br>                              Respondent. | 1:05 CV 0119 AWI SMS HC<br><br>**ORDER GRANTING<br>EXTENSION OF TIME** |

GOOD CAUSE APPEARING, Respondent's application for a thirty-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on or before **August 31, 2005.** Given that this is the third extension of time granted to Respondent, no further extensions will be granted without a hearing.

IT IS SO ORDERED.

**Dated:   August 5, 2005**                    /s/ Sandra M. Snyder
23ehd0                                          UNITED STATES MAGISTRATE JUDGE

1