UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORENZO FOSSELMAN, | ) | 1:05-CV-00119 AWI SMS HC |
| Petitioner, | ) ) | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
| v. | ) | [Doc. #25] |
| RICHARD J. KIRKLAND, Warden, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 31, 2005, Respondent filed a request for a one-day extension of time in which to file a response in this matter. On September 1, 2005, and during the pendency of this request, Respondent submitted its Answer to the Petition for Writ of Habeas Corpus. Although the Court's order of August 8, 2005, did not contemplate any further extensions of time without a hearing, in light of the showing made by Respondent and the minor extension of time requested, the Court finds good cause and hereby GRANTS Respondent's request for an extension of time *nunc pro tunc* to September 1, 2005. Petitioner's Traverse, if any, is due within thirty (30) days of the date the Answer was submitted to the Court.

IT IS SO ORDERED.

**Dated:   September 8, 2005**                          **/s/ Sandra M. Snyder**
23ehd0                                                               UNITED STATES MAGISTRATE JUDGE