UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORENZO FOSSELMAN, | ) | 1:05-CV-0119 AWI SMS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #32) |
| | ) | |
| RICHARD J. KIRKLAND, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On September 22, 2005, petitioner filed a motion to extend time to file a traverse to respondent's answer. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse to respondent's answer.

IT IS SO ORDERED.

**Dated:   October 4, 2005**            /s/ Sandra M. Snyder
23ehd0                                  UNITED STATES MAGISTRATE JUDGE