UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORENZO FOSSELMAN, | ) | 1:05-CV-0119 AWI SMS HC |
| Petitioner, | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| | ) | REQUEST FOR SANCTIONS |
| v. | ) | |
| | ) | [Doc. #31] |
| RICHARD J. KIRKLAND, Warden, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 12, 2005, Petitioner filed a motion requesting sanctions be imposed on Respondent because Respondent filed a request for an extension of time on August 31, 2005, and the Court's order of August 8, 2005, had stated that no further extensions would be granted without a hearing. As stated in the order of September 9, 2005, which granted Respondent's request, the minor extension granted - one day - is excusable in light of the showing made by Respondent. As such, the Court does not find good cause to impose sanctions on Respondent pursuant to Rule 11 of the Federal Rules of Civil Procedure or Rule 11-110 of the Local Rules.

1    Accordingly, Petitioner's request for sanctions is hereby DENIED.

2 IT IS SO ORDERED.

3 **Dated:    October 5, 2005**                    **/s/ Sandra M. Snyder**
  icido3                                  UNITED STATES MAGISTRATE JUDGE