IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO FOSSELMAN,<br><br>          Petitioner,<br><br>     vs.<br><br>RICHARD J. KIRKLAND, Warden,<br><br>          Respondent.<br>_____/ | 1:05-cv-0119 AWI SMS (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #54)<br><br>THIRTY DAY DEADLINE |

Petitioner is prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On February 25, 2008, petitioner filed a request for enlargement of time to file objections to findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:   March 25, 2008**                              /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE